IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERNEST SIMMONS,
      Petitioner,
  v.
JAMEY LUTHER, SUPERINTENDENT
S.C.I. LAUREL HIGHLANDS,
      Respondent

Case 3:15-cv-135-KRG-KAP

Memorandum Report and Recommendation

Petitioner's motion styled "Simmons' Motion for Reconsideration Under Rule 59" at docket no. 5 has been referred to me under 28 U.S.C.§ 636(b)(3). It should be denied. The petitioner's major premise (¶1 of the motion) is false, his minor premise (¶2 of the motion) is irrelevant, and his conclusion (¶3 of the motion) is therefore erroneous. It appears that petitioner does not understand what the Court ruled.

Pursuant to 28 U.S.C.§ 636(b)(1), the parties are given notice that they have fourteen days to serve and file written objections to this Report and Recommendation.

DATE: 6 October 2015

Keith A. Pesto,
United States Magistrate Judge

Notice by ECF to counsel of record and by U.S. Mail to:

    Ernest Simmons JY-9170
    S.C.I. Laurel Highlands
    P.O. Box 631
    5706 Glades Pike
    Somerset, PA 15501-0631